

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vrs.<br><br>Andres Basulto-Barragan,<br><br>Defendant. | CASE NO. 11CR2716 GT<br><br>ORDER UPON EX PARTE MOTION<br><br>Date: SEPT. 29, 2011<br>Time: 9:30 a.m.<br>Court: Honorable<br>Gordon Thompson, Jr.,<br>Senior U.S. District Judge |

Based on the ex parte application filed by defendant and Good Cause Appearing, the sentencing in this case is continued to November 17, 2011, at 9:30 a.m.

SO ORDERED.

HONORABLE GORDON THOMPSON JR.
SENIOR U.S. DISTRICT JUDGE

Dated: 9-27-11